NUMBER 13-07-524-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


DAVID MALDONADO, Appellant,


v.





THE STATE OF TEXAS, Appellee.

_______________________________________________________


On appeal from the 36th District Court 


of San Patricio County, Texas.


_______________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam



 Appellant, DAVID MALDONADO, perfected an appeal from a judgment entered
by the 36th District Court of San Patricio County, Texas, in cause number S-07-3181-CR. Appellant has filed a motion to withdraw notice of appeal and to dismiss appeal. 
The motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion, is
of the opinion that appellant's motion to withdraw notice of appeal and to dismiss
appeal should be granted. Appellant's motion to withdraw notice of appeal and to
dismiss appeal is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 

filed this the 27th day of September, 2007.